UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY HEREDIA-RACE,<br><br>Defendant. | Case No. 1:21-cr-00257-BLW<br><br>**REPORT AND RECOMMENDATION** |

On October 26, 2021, Defendant Anthony Heredia-Race appeared before the undersigned United States Magistrate Judge to enter a plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to Indictment and a waiver of the right to have the presiding United States District Judge take his plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Information (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation

REPORT AND RECOMMENDATION - 1

Office.

Because the offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, Defendant was charged by Information on October 12, 2021. The Court conducted a detention hearing at the same time as Defendant's initial appearance and plea hearing on October 26, 2021. At the hearing, the Government did not move for detention and represented that it did not oppose Defendant's release pending imposition of sentencing. The Government further indicated that it does not have information or reason to believe Defendant is at an enhanced risk of flight or danger to the community at this time.

On October 26, 2021, Pretrial Services reported that Defendant has strong community and family ties, a stable residence, and gainful employment in a job where he has proven to be successful. Further, Pretrial Services reports Defendant is currently engaged in substance abuse treatment. Pretrial Services recommends that Defendant be released on a personal recognizance bond with pretrial supervision pursuant to conditions.

As proffered by Defendant's counsel at the hearing, Defendant is employed full-

**REPORT AND RECOMMENDATION - 2**

time and possesses specialized skills such that removing him from his position would create a hardship for his employer. Defendant has a minimal criminal history, and he is currently undergoing substance abuse therapy such that detention pending sentencing would disrupt Defendant's course of treatment. Defendant has been cooperative, having been summonsed to appear, and he has participated in pre-indictment negotiations resulting in a plea agreement with the Government.

Upon consideration of the totality of the circumstances presented in this case, including the conditions of release and the disruption in the course of treatment of Defendant's substance abuse that would occur with detention pending imposition of sentencing, and upon finding Defendant is exceptionally unlikely to flee or cause a danger to the community if released on conditions, the Court recommends release be continued upon acceptance of Defendant's guilty plea. The Court finds that exceptional reasons have been clearly shown by Defendant that detention pending imposition of sentencing would not be appropriate.

**REPORT AND RECOMMENDATION - 3**

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Anthony Heredia-Race's plea of guilty to Count 1 of the Information (Dkt. 1);

2) The District Court order forfeiture consistent with Defendant Anthony Heredia-Race's admission to the Criminal Forfeiture allegation in the Information (Dkt. 1) and the Plea Agreement; and

3) The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of release imposed in the Order Setting Conditions of Release of today's date.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 26, 2021

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge